District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GELILA FIKRESELASE HAILU,

                              Plaintiff,

            v.

UR M. JADDOU, et al.,

                              Defendants.

Case No. 2:24-cv-01354-JNW

STIPULATED MOTION TO DISMISS
AND [~~PROPOSED~~] ORDER

Noted for Consideration:
January 24, 2025

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.  Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal.  USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

//

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1       DATED this 24th day of January, 2025.

2  Respectfully submitted,

3  TESSA M. GORMAN                  GIBBS HOUSTON PAUW
    United States Attorney

4

    *s/ Michelle R. Lambert*           *s/ Emily Simcock*
5  MICHELLE R. LAMBERT, NYS #4666657   EMILY SIMCOCK, WSBA# 55635
    Assistant United States Attorney        Gibbs Houston Pauw
6  United States Attorney's Office        1000 Second Avenue, Suite 1600
    Western District of Washington        Seattle, Washington 98104-1003
7  1201 Pacific Avenue, Suite 700         Phone: 206-682-1080
    Tacoma, Washington 98402           Email: emily.simcock@ghp-law.net
8  Phone: (253) 428-3824              Attorneys for Plaintiff
    Fax:    (253) 428-3826
9  Email: michelle.lambert@usdoj.gov

10  *Attorneys for Defendants*

11  *I certify that this memorandum contains 76*
    *words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS             UNITED STATES ATTORNEY
[Case No. 2:24-cv-01354-JNW] - 2            1201 PACIFIC AVE., STE. 700
                                      TACOMA, WA 98402
                                      (253) 428-3800

1

**[~~PROPOSED~~] ORDER**

2    It is so **ORDERED**.  The case is dismissed without prejudice.

3

4    DATED this 27th day of January, 2025.

5

6                                   _____

7                                    JAMAL N. WHITEHEAD
                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01354-JNW] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800